1524  KUHN vs. BOARD OF AUDITORS (Wayne), 10 M., 307.

To compel the board to allow a bill for services as justice in certain criminal cases.

Denied June 6, 1862.

The board reduced the claim on the ground of an over-charge in the amount of testimony taken down, and relator applied for a mandamus to compel the board to allow the amount deducted.

Held, that the Constitution having provided that the action of the board of county auditors in adjusting county demands should.

be subject to no appeal, the Supreme Court cannot revise their action by mandamus and compel them to allow a demand which they have rejected on the ground that the services charged for were not performed.